IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| CONLEY JAMES DOWELL, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WESTERN VIRGINIA REGIONAL JAIL, ) <br> CATAWBA HOSPITAL, and ROANOKE ) <br> MEMORIAL HOSPITAL, ) <br> ) <br> Defendants. ) | Civil Action No. 7:20CV00055 <br><br> **ORDER** <br><br> By: Hon. Glen E. Conrad <br> Senior United States District Judge |

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

as follows:

1. Western Virginia Regional Jail's and Catawba Hospital's motions to dismiss (ECF Nos. 12 & 15) are **GRANTED**. All claims against Western Virginia Regional Jail and Catawba Hospital shall be **DISMISSED WITH PREJUDICE**;

2. Roanoke Memorial Hospital's motion for summary judgment is **GRANTED**; and

3. The action shall be **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to all counsel of record.

DATED: This 25th day of February, 2021

_____
Senior United States District Judge